CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 16 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:10CR00050 |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | **FINAL ORDER** |
| JUAN BARRERA-CABELLO, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The magistrate judge's report and recommendation is **ADOPTED**;

2. The defendant's objection to the magistrate judge's report is **OVERRULED**;

3. The government's motion to dismiss is **GRANTED**; and

4. The defendant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is **DISMISSED** and this action shall be **STRICKEN** from the active docket of the court; and

5. A certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 16th day of April, 2013.

_____
Chief United States District Judge